TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Gary Quinones*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| General Motors Financial Company, Inc. a Texas corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, GARY QUINONES, BY AND THROUGH

COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant,

pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit

   Reporting Act (15 U.S.C. §1681, *et seq*. [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the

   City of Surprise, Maricopa County, Arizona.

4. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

5. The Defendant to this lawsuit is General Motors Financial Company, Inc. ("GM

   Financial"), which is a Texas corporation that conducts business in Arizona and

   maintains a registered agent in Travis County, Texas.

## GENERAL ALLEGATIONS

6. Sometime in either late June or early July 2016, Mr. Quinones was trying to

   obtain a mortgage loan and was informed by his loan officer that the disputed

2

language on a GM Financial trade line with account number 45186…. ("Errant Trade Line") needed to be removed in order for him to obtain a mortgage loan.

7. On or about July 5, 2016, Mr. Quinones submitted letters to Experian, Equifax, and Trans Union ("CRAs") regarding the Errant Trade Line.  In the dispute letters, Mr. Quinones stated that he no longer disputed the Errant Trade Line and requested that all the disputed language be removed from the Errant Trade Line.

8. Upon information and belief, the CRAs forwarded Mr. Quinones dispute letters to GM Financial.

9. On or about September 21, 2016, Mr. Quinones obtained his Equifax credit file, which showed that GM Financial retained an inaccurate status of "Consumer Disputes- Reinvestigation in Process; Consumer Disputes This Account Information."

### COUNT I

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY GM FINANCIAL

10. Plaintiff realleges the above paragraphs as if recited verbatim.

11. After being informed by Equifax that Mr. Quinones no longer disputed the Errant Trade Line, GM Financial negligently failed to conduct a proper investigation of Mr. Quinones' dispute as required by 15 USC 1681s-2(b).

12. GM Financial negligently failed to review all relevant information available to it and provided by Equifax in conducting its reinvestigation as required by 15 USC 1681s-2(b).  Specifically, it failed to direct Equifax to remove all of the disputed language from the Errant Trade Line.

13. The Errant Trade Line is inaccurate and creating a misleading impression on Mr. Quinones' consumer credit file with Equifax to which it is reporting such trade line.

14. As a direct and proximate cause of GM Financial's negligent failure to perform its duties under the FCRA, Mr. Quinones has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

15. GM Financial is liable to Mr. Quinones by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

16. Mr. Quinones has a private right of action to assert claims against GM Financial arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant GM Financial for damages, costs, interest, and attorneys' fees.

**COUNT II**

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY GM FINANCIAL

17. Plaintiff realleges the above paragraphs as if recited verbatim.

18. After being informed by Equifax that Mr. Quinones disputed the accuracy of the information it was providing, GM Financial willfully failed to conduct a proper reinvestigation of Mr. Quinones' dispute.

19. GM Financial willfully failed to review all relevant information available to it and provided by Equifax as required by 15 USC 1681s-2(b).

20. As a direct and proximate cause of GM Financial's willful failure to perform its duties under the FCRA, Mr. Quinones has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

21. GM Financial is liable to Mr. Quinones for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and he may recover therefore pursuant to 15 USC 1681n.


**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant GM Financial for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

5

1

2

## **JURY DEMAND**

3

4      Plaintiff hereby demands a trial by Jury.

5

6

DATED: October 21, 2016

7

8

9                                      KENT LAW OFFICES

10

11

12                                 By:  */s/  Trinette G. Kent*
                                        Trinette G. Kent
13                                      Attorneys for Plaintiff,
                                        Gary Quinones
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28