TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Gary Quinones*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones,<br><br>        Plaintiff,<br><br>    vs.<br><br>General Motors Financial Company<br>Incorporated,<br><br>        Defendant. | Case No.:  2:16-cv-3648-DLR<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

      Plaintiff, through counsel undersigned, hereby dismisses the within action

against General Motors Financial Company Incorporated, with prejudice and without

costs to either party.

 DATED: November 15, 2016        KENT LAW OFFICES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  _/s/  Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Gary Quinones